**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**SOUTHERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>        Plaintiff, )<br> )<br>v. )<br> )<br>THOMAS HUNTER and JANET )<br>JOHNSON-HUNTER, )<br>        Defendants. ) | **JUDGMENT**<br><br>No: 7:11-CV-12-H2 |

**Decision by Court.**
This case came before the Honorable Malcolm J. Howard, Senior United States District Judge for consideration.

**IT IS ORDERED, ADJUDGED AND DECREED** that judgment be entered against defendants Thomas Hunter and Janet Johnson-Hunter in the amount of $950,178.00, plus interest at a rate of 6% or the Medicare Trust Fund Rate (whichever is higher), and future costs. This civil judgment amount shall be credited and reduced by the amount of criminal restitution that has been or will be paid in the related criminal case United States v. Janet Johnson-Hunter, case number 7:09-CR-155-1H, for obligations to the United States.

**This Judgment Filed and Entered on May 25, 2012, with service on:**

Neal Fowler  (via CM/ECF Notice of Electronic Filing)

Trawick H. Stubbs, Jr.  (via CM/ECF Notice of Electronic Filing)

| | |
|---|---|
| May 25, 2012 | JULIE A. RICHARDS, CLERK<br>*/s/ Lisa W. Lee*<br>(By): Lisa W. Lee, Deputy Clerk |